# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| N.H., et al., | ) | CASE NO. 5:21-CV-1034 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF SERVICE** |
| Dylan Soisson, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now come Defendants Village of Lakemore and Dylan Soisson who hereby provide notice that: on October 8, 2021, the following were served upon Plaintiff's counsel, Answers and Objections to Plaintiff's First Set of Interrogatories, Answers and Objections to Plaintiff's Second Set of Interrogatories, and Responses to Plaintiff's First Request for Production of Documents; and on October 12, 2021, Village's Answers and Objections to Plaintiff's Interrogatories.

Respectfully submitted,

*/s/ John D. Latchney*
John D. Latchney (#0046539)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH  44333
DID:  (330) 670-7602
Fax:   (330) 670-7440
E-mail:  *jlatchney@hcplaw.net*

*Attorney for Defendants*

<<HCP #1195078-v1>>