IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| N.H., et al., | ) | CASE NO. 5:21-CV-1034 |
| | ) | |
| Plaintiffs, | ) | JUDGE BRIDGET M. BRENNAN |
| | ) | |
| | ) | MAGISTRATE JUDGE CARMEN E. HENDERSON |
| v. | ) | |
| | ) | **DECLARATION OF DYLAN SOISSON** |
| DYLAN SOISSON, et al., | ) | |
| | ) | |
| Defendants | | |

Now comes Dylon Soisson who, for his Declaration, deposes and states under oath as follows:

1. I have personal knowledge of the facts contained in this Declaration.

2. I have been a police officer for over (4) years. I attended and graduated from the Kent State Police Academy in 2018.

3. While at the Kent State Police Academy, we were taught the arm lock joint technique. That technique involves placing pressure behind the elbow and then using the other arm to pull the arm straight in the opposition direction. An example of this technique can be seen here: https://youtu.be/w_Zub3HsCLw?t=122. Usually, as depicted in the video, the arm lock joint technique is used to take down a suspect. At no time did I use such a technique on N.H.

4. Body cam video 92865894, taken at the Springfield Roller Rink on June 5, 2020, is a true, complete, and unedited copy of my body cam video which shows the interview, seizure, and handcuffing of N.H, and her being placed in the back seat of my police cruiser.

5. On the evening of June 5, 2020, I have no recollection that I rolled up the driver's side window on my police cruiser before leaving the scene.

6. On the evening of June 5, 2020, at no time did I ever turn on the heat in my police cruiser.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Dylan Soisson